IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVEN E. TILLMAN,

    **Plaintiff,**

v.                                                    Case No.  1:17cv204-MW/GRJ

ASHLEY SIMON, et al.,

    **Defendants.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 23, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 24. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** based upon the *Younger* abstention doctrine and for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on January 31, 2018.**

                                                                s/Mark E. Walker            
                                                                **United States District Judge**